NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PUJIANG TALENT DIAMOND TOOLS CO., LTD.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-1470

---

Appeal from the United States Court of International Trade in No. 11-CV-0146, Judge Richard K. Eaton.

---

**JUDGMENT**

---

JOHN MATTHEW HOUKOM, Quintana Law Group, of Calabasas, California, argued for plaintiff-appellant. On the brief was ANDRES F. QUINTANA.

ALEXANDER ORLANDO CANIZARES, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, PATRICIA M. MCCARTHY, Assistant Director, and JANE C. DEMPSEY, Trial Attorney. Of coun-

sel on the brief was NATHANIEL J. HALVORSON, Attorney, Office of Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  April 14, 2014            /s/Daniel E. O'Toole
       Date                  Daniel E. O'Toole
                                Clerk of Court